**Michael HANNON, Plaintiff—Appellant,**

v.

**AMERICAN SERVICE CENTER ASSOCIATES, LLC, Defendant—Appellee.**

**No. 04–1653.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 14, 2004.

Decided Oct. 19, 2004.

Michael Hannon, Appellant pro se. Robert Lewis Duston, Edward Ross Levin, Linda Grace Hill, Schmeltzer, Aptaker & Shepard, PC, Washington, D.C., for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael Hannon appeals the district court's order granting American Service Center Associates, LLC's motion for summary judgment and dismissing Hannon's employment discrimination and retaliation action, and its order denying Hannon's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the grant of summary judgment on the reasoning of the district court, and the denial of the motion for reconsideration on our finding of no abuse of discretion. *Temkin v. Frederick County Comm'rs,* 945 F.2d 716, 724 (4th Cir.1991). *See Hannon v. American Serv. Ctr. Assoc., LLC,* No. CA–962–JCC (E.D.Va. Apr. 26, 2004; May 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*